1  ROBBINS GELLER RUDMAN
      & DOWD LLP
2  SHAWN A. WILLIAMS (213113)
   Post Montgomery Center
3  One Montgomery Street, Suite 1800
   San Francisco, CA  94104
4  Telephone:  415/288-4545
   415/288-4534 (fax)
5  shawnw@rgrdlaw.com
         – and –                                          BARRETT JOHNSTON, LLC
6  TRAVIS E. DOWNS III (148274)            GEORGE E. BARRETT
   BENNY C. GOODMAN III (211302)      DOUGLAS S. JOHNSTON, JR.
7  ERIC I. NIEHAUS (239023)                   TIMOTHY L. MILES
   655 West Broadway, Suite 1900           217 Second Avenue, North
8  San Diego, CA  92101-3301                 Nashville, TN  37201-1601
   Telephone:  619/231-1058                    Telephone:  615/244-2202
9  619/231-7423 (fax)                              615/252-3798 (fax)
   travisd@rgrdlaw.com                          gbarrett@barrettjohnston.com
10 bennyg@rgrdlaw.com                        djohnston@barrettjohnston.com
   eniehaus@rgrdlaw.com                       tmiles@barrettjohnston.com
11
   Co-Lead Counsel for Plaintiffs
12
                             UNITED STATES DISTRICT COURT
13
                          NORTHERN DISTRICT OF CALIFORNIA
14
   PIRELLI ARMSTRONG TIRE                 )  No. 3:11-cv-02369-SI
15 CORPORATION RETIREE MEDICAL     )
   BENEFITS TRUST, Derivatively on Behalf of )  **(Consolidated)**
16 WELLS & FARGO COMPANY,             )
                                                             )  STIPULATION AND [PROPOSED] ORDER
17                                          Plaintiff,        )  SETTING DATE FOR AMENDED
                                                             )  COMPLAINT
18        vs.                                               )
                                                             )
19 JOHN G. STUMPF, et al.,                       )
                                                             )
20                                       Defendants,      )
                                                             )
21        – and –                                          )
                                                             )
22 WELLS FARGO & COMPANY, a Delaware )
   corporation,                                          )
23                                                          )
                                Nominal Defendant.   )
24 _____ )

25

26

27

28

645460_1

1  WHEREAS, between May 25, 2011 and June 21, 2011, six shareholder derivative actions

2  were filed on behalf of Wells Fargo & Company, naming various individual and entity defendants.

3  WHEREAS, on August 3, 2011, the Court issued an Order Granting Unopposed Motions to

4  Consolidate Related Actions; Appointing Co-Lead Plaintiffs and Co-Lead Counsel, and ordered

5  plaintiffs to file a master complaint for the consolidated cases by August 19, 2011.

6  WHEREAS, on August 9, 2011, counsel for plaintiff in one of the consolidated actions,

7  *Cottrell v. Stumpf*, No. 11-cv-3006-SI, filed a Request for Voluntary Dismissal of *Cottrell* Action

8  pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Said request was granted by Order of the court entered

9  on August 12, 2011.

10  WHEREAS, on August 15, 2011, counsel for plaintiff, in another of the consolidated actions,

11  *IBEW Local Union 98 and Louisiana Municipal Police Employees Retirement System v. Stumpf*,

12  No. 11-CV-2662-SI, filed a Request of Plaintiffs Louisiana Municipal Police Employees Retirement

13  System and IBEW Local Union 98 for Voluntary Dismissal of *LAMPERS* Action Pursuant to Fed. R.

14  Civ. P. 41(a)(1)(A)(i).

15  WHEREAS, on August 15, 2011, counsel for plaintiff in consolidated action *Gorberg v.*

16  *Stumpf*, No. 11-CV-2577-SI, filed a Request for Voluntary Dismissal of Gorberg Action pursuant to

17  Fed. R. Civ. P. 4(a)(1)(A)(i).

18  WHEREAS, the parties, through their counsel, have met and conferred regarding the scope

19  of the current allegations and agreed to setting the date for filing of a consolidated complaint.

20  NOW THEREFORE, the undersigned parties, by and through their counsel of record,

21  stipulate as follows subject to the approval of the Court:

22  Lead Plaintiffs shall file and serve a Consolidated Complaint no later than September 12,

23  2011.

24  DATED:  August 19, 2011                          ROBBINS GELLER RUDMAN
                                                                          & DOWD LLP
25                                                                   SHAWN A. WILLIAMS

26

27                                                                       s/ Shawn A. Williams
                                                                       SHAWN A. WILLIAMS
28

STIPULATION & [PROPOSED] ORDER SETTING DATE FOR AMENDED COMPLAINT
- 3:11-cv-02369-SI                                                                                           - 1 -

1

2          Post Montgomery Center
          One Montgomery Street, Suite 1800
3          San Francisco, CA  94104
          Telephone:  415/288-4545
          415/288-4534 (fax)

4

5          ROBBINS GELLER RUDMAN
           & DOWD LLP
          TRAVIS E. DOWNS III
6          BENNY C. GOODMAN III
          ERIC I. NIEHAUS
7          655 West Broadway, Suite 1900
          San Diego, CA  92101-3301
8          Telephone:  619/231-1058
          619/231-7423 (fax)

9

10         BARRETT JOHNSTON, LLC
         GEORGE E. BARRETT
         DOUGLAS S. JOHNSTON, JR.
11         TIMOTHY L. MILES
         217 Second Avenue, North
12         Nashville, TN  37201-1601
         Telephone:  615/244-2202
13         615/252-3798 (fax)

14         Co-Lead Counsel for Plaintiffs

15 DATED:  August 19, 2011    HOWARD RICE NEMEROVSKI CANADY
           FALK & RABKIN
16         A Professional Corporation
         GILBERT R. SEROTA
17         SARAH A. GOOD
         MARC PRICE WOLF

18

19           s/ Sarah A. Good (w/permission)
           SARAH A. GOOD

20

21         Three Embarcadero Center, 7th Floor
         San Francisco, CA  94111-4024
         Telephone:  415/434-1600
22         415/677-6262 (fax)

23         Attorneys for Defendants
         *John G. Stumpf, John D. Baker II, John S. Chen,*
24         *Lloyd H. Dean, Susan E. Engel, Enrique*
         *Hernandez, Jr., Donald M. James, Richard D.*
25         *McCormick, Mackey J. McDonald, Cynthia H.*
         *Milligan, Nicholas G. Moore, Philip J. Quigley,*
26         *Judith M. Runstad, Steven W. Sanger and Susan*
         *G. Swenson*

27

28

STIPULATION & [PROPOSED] ORDER SETTING DATE FOR AMENDED COMPLAINT
- 3:11-cv-02369-SI                 - 2 -

1   DATED:  August 19, 2011                    MORGAN, LEWIS & BOCKIUS LLP
                                               KENT  M. ROGER
2

3
                                                    s/ Kent M. Roger (w/permission)
4                                                   KENT M. ROGER

5                                              One Market, Spear Street Tower
                                               San Francisco, CA 94105-1596
6                                              Telephone: 415/442-1000
                                               415/442-1001 (fax)
7
                                               Attorneys for Defendant *MERS Corporation*
8

9         I, Shawn Williams, am the ECF User whose ID and password are being used to file this
     Stipulation and [Proposed] Order Setting Date for Amended Complaint and Setting Briefing
10   Schedule for Motion to Dismiss.  In compliance with General Order 45, X.B., I hereby attest that
     Sarah A. Good and Kent M. Roger have concurred in this filing.
11
                                                    s/ Shawn A. Williams
12                                                  SHAWN A. WILLIAMS

13

14   PURSUANT TO STIPULATION, IT IS SO ORDERED.

15

16   DATED:  _____8/25/11_____-     _____
                                               THE HONORABLE SUSAN ILLSTON
17                                             UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

645460_1
     STIPULATION & [PROPOSED] ORDER SETTING DATE FOR AMENDED COMPLAINT
     - 3:11-cv-02369-SI                                                              - 3 -

1

<u>CERTIFICATE OF SERVICE</u>

2      I hereby certify that on August 19, 2011, I authorized the electronic filing of the foregoing

3 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to

4 the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I

5 caused to be mailed the foregoing document or paper via the United States Postal Service to the non-

6 CM/ECF participants indicated on the attached Manual Notice List.

7      I certify under penalty of perjury under the laws of the United States of America that the

8 foregoing is true and correct.  Executed on August 19, 2011.

9

                                         s/ Shawn A. Williams
10                                        SHAWN A. WILLIAMS

11                                        ROBBINS GELLER RUDMAN
                                              & DOWD LLP
12                                        Post Montgomery Center
                                          One Montgomery Street, Suite 1800
13                                        San Francisco, CA  94104
                                          Telephone:  415/288-4545
14                                        415/288-4534 (fax)

15                                        E-mail:  ShawnW@rgrdlaw.com

16

17

18

19

20

21

22

23

24

25

26

27

28

645460_1

## Mailing Information for a Case 3:11-cv-02369-SI

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **George E. Barrett**
  gbarrett@barrettjohnston.com

- **Stephen R. Basser**
  sbasser@barrack.com,lnapoleon@barrack.com,cfessia@barrack.com

- **Travis E. Downs , III**
  travisd@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Sarah A. Good**
  sgood@howardrice.com,bhastings@howardrice.com

- **Douglas S. Johnston**
  djohnston@barrettjohnston.com

- **Alan M. Mansfield**
  alan@clgca.com,sally@clgca.com

- **Timothy L. Miles**
  tmiles@barrettjohnston.com

- **Eric Ian Niehaus**
  ericn@rgrdlaw.com

- **Gilbert Ross Serota**
  gserota@hrice.com,nprince@howardrice.com

- **Samuel M. Ward**
  sward@barrack.com,lxlamb@barrack.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,erinj@rgrdlaw.com,e_file_sd@rgrdlaw.com,lmix@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Marc Joel Price Wolf**
  mpricewolf@howardrice.com

- **Barbara Wright**
  barbara.wright@wellsfargo.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Joe Kendall
Provost & Umphrey Law Firm, LLP
3232 McKinney Avenue
Suite 700
Dallas, TX 75204

Joe McKey
Kendall Law Group, LLP
3232 McKinny Avenue, Sutie 700
Dallas, TX 75204

Barbara H. Wright
Wells Fargo & Co.
One Wells Fargo Center
32nd Floor
D-1053-300
Charlotte, NC 28202
```