GILBERT R. SEROTA (No. 75305)
gserota@howardrice.com
SARAH A. GOOD (No. 148742)
sgood@howardrice.com
MARC PRICE WOLF (No. 254495)
mpricewolf@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:    415/434-1600
Facsimile:    415/217-5910

Attorneys for Defendants
JOHN G. STUMPF, HOWARD I. ATKINS, JOHN
D. BAKER II, JOHN S. CHEN, LLOYD H. DEAN,
SUSAN E. ENGEL, ENRIQUE HERNANDEZ, JR.,
DONALD M. JAMES, RICHARD D. McCORMICK,
MACKEY J. McDONALD, CYNTHIA H.
MILLIGAN, NICHOLAS G. MOORE, PHILIP J.
QUIGLEY, JUDITH M. RUNSTAD, STEPHEN W.
SANGER and SUSAN G. SWENSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PIRELLI ARMSTRONG TIRE CORPORATION RETIREE MEDICAL BENEFITS TRUST, Derivatively on Behalf of WELLS FARGO COMPANY,<br><br>                    Plaintiff,<br><br>          v.<br><br>JOHN G. STUMPF, HOWARD I. ATKINS, JOHN D. BAKER II, JOHN S. CHEN, LLOYD H. DEAN, SUSAN E. ENGEL, ENRIQUE HERNANDEZ, JR., DONALD M. JAMES, RICHARD D. McCORMICK, MACKEY J. McDONALD, CYNTHIA H. MILLIGAN, NICHOLAS G. MOORE, PHILIP J. QUIGLEY, JUDITH M. RUNSTAD, STEPHEN W. SANGER and SUSAN G. SWENSON,<br><br>                    Defendants,<br><br>          and<br><br>WELLS FARGO & COMPANY, a Delaware corporation,<br><br>                    Nominal Defendant. | No. CV 11 2369 SI<br><br>Action Filed: May 13, 2011<br><br>STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR INDIVIDUAL DEFENDANTS' MOTION TO DISMISS AND CONTINUING CASE MANAGEMENT CONFERENCE |

1    Defendants John G. Stumpf, Howard I. Atkins, John D. Baker II, John S. Chen,

2    Lloyd H. Dean, Susan E. Engel, Enrique Hernandez, Jr., Donald M. James, Richard D.

3    McCormick, Mackey J. McDonald, Cynthia H. Milligan, Nicholas G. Moore, Philip J.

4    Quigley, Judith M. Runstad, Stephen W. Sanger and Susan G. Swenson (collectively,

5    "Individual Defendants"), and plaintiffs Pirelli Armstrong Tire Corporation Retiree Medical

6    Benefits Trust and City of Westland Police and Fire Retirement System (collectively,

7    "Plaintiffs") hereby stipulate to the following:

8    WHEREAS, on August 3, 2011, the Court granted the unopposed motions to

9    consolidate the related actions, appointed Robbins, Geller, Rudman & Dowd LLP and

10   Barrett Johnston, LLC as Plaintiffs' co-lead counsel and ordered Plaintiffs to file a master

11   complaint for the consolidated cases by August 19, 2011;

12   WHEREAS, on August 25, 2011, the Court granted the parties' stipulation and

13   proposed order setting September 12, 2011 as the new filing deadline for the master

14   complaint for the consolidated cases;

15   WHEREAS, on September 12, 2011, Plaintiffs filed a "Verified Consolidated

16   Shareholder Derivative Complaint For Breach of Fiduciary Duty, Abuse of Control, Gross

17   Mismanagement and Corporate Waste" (the "Consolidated Complaint");

18   WHEREAS, the Individual Defendants (except for a new defendant, Howard I. Atkins,

19   who accepts service of the Consolidated Complaint by entering into this stipulation) have

20   until September 29, 2011 to respond to the Consolidated Complaint and all of the Individual

21   Defendants intend to respond by filing a motion to dismiss the Consolidated Complaint

22   ("Motion to Dismiss");

23   WHEREAS, the parties, through their counsel, have agreed to a briefing and hearing

24   schedule for Individual Defendants' Motion to Dismiss and believe that the current Case

25   Management Conference scheduled for September 30, 2011 should be continued until after

26   the hearing on the Motion to Dismiss;

27   NOW THEREFORE, the undersigned parties, by and through their counsel of record,

28   stipulate as follows subject to the approval of the Court:

1      1.      Individual Defendants shall have until October 5, 2011 to file their response to

2   the Consolidated Complaint which will be the Motion to Dismiss; Plaintiffs shall file their

3   opposition brief by November 4, 2011; and Individual Defendants shall file their reply brief

4   by November 18, 2011.

5      2.      The Motion to Dismiss shall be scheduled for hearing on December 9, 2011, at

6   9:00 a.m. or at such other time as the Court shall order.

7      3.      The Case Management Conference currently scheduled for September 30, 2011,

8   at 2:30 p.m., shall be continued to December 9, 2011, immediately following the hearing on

9   the Motion to Dismiss.

10     IT IS SO STIPULATED.

11  September 26, 2011.                     GILBERT R. SEROTA
                                           SARAH A. GOOD
12                                         MARC PRICE WOLF
                                           HOWARD RICE NEMEROVSKI CANADY FALK &
13                                             RABKIN
                                           A Professional Corporation
14

15                                         By: _____/s/ Sarah A. Good_____
16                                                    SARAH A GOOD

17                                         Attorneys for Defendants JOHN G. STUMPF, JOHN D.
                                           BAKER II, JOHN S. CHEN, LLOYD H. DEAN,
18                                         SUSAN E. ENGEL, ENRIQUE HERNANDEZ, JR.,
                                           DONALD M. JAMES, RICHARD D. McCORMICK,
19                                         MACKEY J. McDONALD, CYNTHIA H. MILLIGAN,
                                           NICHOLAS G. MOORE, PHILIP J. QUIGLEY,
20                                         JUDITH M. RUNSTAD, STEVEN W. SANGER and
                                           SUSAN G. SWENSON

21  September 26, 2011.                     ROBBINS GELLER RUDMAN & DOWD LLP
                                           SHAWN A. WILLIAMS
22

23                                         By: _____/s/ Shawn A. Williams_____
24                                                   SHAWN A. WILLIAMS

25                                         Post Montgomery Center
                                           One Montgomery Street, Suite 1800
26                                         San Francisco, California  94104
                                           Telephone:   415/288-4545
27                                         Facsimile:   415/288-4534

28

STIP. & [PROPOSED] ORDER SETTING BRIEFING & HEARING SCHEDULE   CV 11 2369 SI
-2-

ROBBINS GELLER RUDMAN & DOWD LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
ERIC I. NIEHAUS
655 West Broadway, Suite 1900
San Diego, California 92101-3301
Telephone: 619/231-1058
Facsimile: 619/231-7423

BARRETT JOHNSTON, LLC
GEORGE E. BARRETT
DOUGLAS S. JOHNSTON, JR.
TIMOTHY L. MILES
217 Second Avenue, North
Nashville, Tennessee 37201-1601
Telephone: 615/244-2202
Facsimile: 615/252-3798

Co-Lead Counsel for Plaintiffs

I, Sarah Good, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Setting Briefing Schedule For Individual Defendants' Motion to Dismiss and Continuing Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Shawn Williams has concurred in this filing.

/s/ Sarah A. Good
SARAH A. GOOD

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 9/27/11

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE