1  GILBERT R. SEROTA (No. 75305)
   gserota@howardrice.com
2  SARAH A. GOOD (No. 148742)
   sgood@howardrice.com
3  MARC PRICE WOLF (No. 254495)
   mpricewolf@howardrice.com
4  HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
5  A Professional Corporation
   Three Embarcadero Center, 7th Floor
6  San Francisco, California  94111-4024
   Telephone:   415/434-1600
7  Facsimile:   415/217-5910

8  Attorneys for Defendants
   JOHN G. STUMPF, HOWARD I. ATKINS, JOHN
9  D. BAKER II, JOHN S. CHEN, LLOYD H. DEAN,
   SUSAN E. ENGEL, ENRIQUE HERNANDEZ, JR.,
10 DONALD M. JAMES, RICHARD D. McCORMICK,
   MACKEY J. McDONALD, CYNTHIA H.
11 MILLIGAN, NICHOLAS G. MOORE, PHILIP J.
   QUIGLEY, JUDITH M. RUNSTAD, STEPHEN W.
12 SANGER and SUSAN G. SWENSON

13                 UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                      SAN FRANCISCO DIVISION

16 PIRELLI ARMSTRONG TIRE                        No. CV 11 2369 SI
   CORPORATION RETIREE MEDICAL
17 BENEFITS TRUST, Derivatively on Behalf of     Action Filed: May 13, 2011
   WELLS FARGO COMPANY,
18                                               STIPULATION AND [PROPOSED]
                  Plaintiff,                     ORDER CONTINUING HEARING
19                                               FOR INDIVIDUAL DEFENDANTS'
        v.                                       MOTION TO DISMISS AND CASE
20 JOHN G. STUMPF, HOWARD I. ATKINS,             MANAGEMENT CONFERENCE
   JOHN D. BAKER II, JOHN S. CHEN, LLOYD
21 H. DEAN, SUSAN E. ENGEL, ENRIQUE
   HERNANDEZ, JR., DONALD M. JAMES,
22 RICHARD D. McCORMICK, MACKEY J.
   McDONALD, CYNTHIA H. MILLIGAN,
23 NICHOLAS G. MOORE, PHILIP J. QUIGLEY,
   JUDITH M. RUNSTAD, STEPHEN W.
24 SANGER and SUSAN G. SWENSON,
                  Defendants,
25
        and
26
   WELLS FARGO & COMPANY, a Delaware
27 corporation,
                  Nominal Defendant.
28

Defendants John G. Stumpf, Howard I. Atkins, John D. Baker II, John S. Chen, Lloyd H. Dean, Susan E. Engel, Enrique Hernandez, Jr., Donald M. James, Richard D. McCormick, Mackey J. McDonald, Cynthia H. Milligan, Nicholas G. Moore, Philip J. Quigley, Judith M. Runstad, Stephen W. Sanger and Susan G. Swenson (collectively, "Individual Defendants"), and plaintiffs Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust and City of Westland Police and Fire Retirement System (collectively, "Plaintiffs") hereby stipulate to the following:

WHEREAS, on September 27, 2011, the parties submitted to the Court a stipulation and proposed order setting a briefing and hearing schedule for Individual Defendants' motion to dismiss and continuing the case management conference to the same time as the hearing;

WHEREAS, on September 28, 2011, the Court granted the stipulation and proposed order and scheduled the hearing on the motion to dismiss for 9:00 a.m. and the case management conference for 2:30 p.m. on December 9, 2011;

WHEREAS, counsel for the undersigned parties have other preexisting court hearings scheduled at or near the same time as the hearing scheduled for December 9, 2011 and have agreed to continue the date for the hearing and the case management conference;

NOW THEREFORE, the undersigned parties, by and through their counsel of record, stipulate as follows subject to the approval of the Court:

1. Individual Defendants' motion to dismiss currently scheduled for hearing on December 9, 2011, at 9:00 a.m. shall be continued to January 27, 2012, at 9:00 a.m. or at such other time as the Court shall order; and

2. The Case Management Conference currently scheduled for December 9, 2011, at 2:30 p.m., shall be continued to January 27, 2011 at 2:30 p.m.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | October 3, 2011. | GILBERT R. SEROTA |
| 2 | | SARAH A. GOOD |
| | | MARC PRICE WOLF |
| 3 | | HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN |
| 4 | | A Professional Corporation |

By: _____/s/ Sarah A. Good_____
           SARAH A GOOD

Attorneys for Defendants

JOHN G. STUMPF, HOWARD I. ATKINS, JOHN D. BAKER II, JOHN S. CHEN, LLOYD H. DEAN, SUSAN E. ENGEL, ENRIQUE HERNANDEZ, JR., DONALD M. JAMES, RICHARD D. McCORMICK, MACKEY J. McDONALD, CYNTHIA H. MILLIGAN, NICHOLAS G. MOORE, PHILIP J. QUIGLEY, JUDITH M. RUNSTAD, STEPHEN W. SANGER and SUSAN G. SWENSON

October 3, 2011.

ROBBINS GELLER RUDMAN & DOWD LLP
SHAWN A. WILLIAMS

By: _____/s/ Shawn A. Williams_____
           SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone:  415/288-4545
Facsimile:   415/288-4534

ROBBINS GELLER RUDMAN & DOWD LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
ERIC I. NIEHAUS
655 West Broadway, Suite 1900
San Diego, California 92101-3301
Telephone:  619/231-1058
Facsimile:   619/231-7423

BARRETT JOHNSTON, LLC
GEORGE E. BARRETT
DOUGLAS S. JOHNSTON, JR.
TIMOTHY L. MILES
217 Second Avenue, North
Nashville, Tennessee 37201-1601
Telephone:   615/244-2202
Facsimile:   615/252-3798

Co-Lead Counsel for Plaintiffs

I, Sarah Good, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing Hearing For Individual Defendants' Motion to Dismiss and Continuing Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Shawn Williams has concurred in this filing.

/s/ *Sarah A. Good*
SARAH A. GOOD

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   10/4/11

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE