1  ROBBINS GELLER RUDMAN
     & DOWD LLP
2  SHAWN A. WILLIAMS (213113)
   Post Montgomery Center
3  One Montgomery Street, Suite 1800
   San Francisco, CA  94104
4  Telephone: 415/288-4545
   415/288-4534 (fax)
5  shawnw@rgrdlaw.com
        – and –                                              BARRETT JOHNSTON, LLC
6  TRAVIS E. DOWNS III (148274)                              GEORGE E. BARRETT
   BENNY C. GOODMAN III (211302)                             DOUGLAS S. JOHNSTON, JR.
7  ERIC I. NIEHAUS (239023)                                  TIMOTHY L. MILES
   655 West Broadway, Suite 1900                             217 Second Avenue, North
8  San Diego, CA  92101-3301                                 Nashville, TN  37201-1601
   Telephone: 619/231-1058                                   Telephone: 615/244-2202
9  619/231-7423 (fax)                                        615/252-3798 (fax)
   travisd@rgrdlaw.com                                       gbarrett@barrettjohnston.com
10 bennyg@rgrdlaw.com                                        djohnston@barrettjohnston.com
   eniehaus@rgrdlaw.com                                      tmiles@barrettjohnston.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIRELLI ARMSTRONG TIRE CORPORATION RETIREE MEDICAL BENEFITS TRUST, Derivatively on Behalf of WELLS & FARGO COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JOHN G. STUMPF, et al.,<br><br>　　　　　　Defendants,<br><br>　– and –<br><br>WELLS FARGO & COMPANY, a Delaware corporation,<br><br>　　　　　　Nominal Defendant. | No. 3:11-cv-02369-SI<br><br>**(Consolidated)**<br><br>STIPULATION AND [PROPOSED] ORDER ADJUSTING BRIEFING SCHEDULE ON INDIVIDUAL DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED COMPLAINT AND MAINTAINING THE HEARING DATE CURRENTLY SET FOR JANUARY 27, 2012 |

660094_1

1  WHEREAS, the parties to the above-captioned action hereby submit this Stipulation and [Proposed] Order Adjusting Briefing Schedule on Individual Defendants' Motion to Dismiss the Consolidated Complaint and Maintaining the Hearing Date Currently Set for January 27, 2012;

WHEREAS, on September 12, 2011, lead plaintiffs Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust and City of Westland Police and Fire Retirement System filed their Verified Consolidated Shareholder Derivative Complaint for Breach of Fiduciary Duty, Abuse of Control, Gross Mismanagement and Corporate Waste ("Consolidated Complaint") (Dkt. No. 59);

WHEREAS, on October 5, 2011, defendants John G. Stumpf, Howard I. Atkins, John D. Baker II, John S. Chen, Lloyd H. Dean, Susan E. Engel, Enrique Hernandez, Jr., Donald M. James, Richard D. McCormick, Mackey J. McDonald, Cynthia H. Milligan, Nicholas G. Moore, Philip J. Quigley, Judith M. Runstad, Stephen W. Sanger and Susan G. Swenson ("Individual Defendants"), filed their motion to dismiss the Consolidated Complaint;

WHEREAS, on September 28, 2011, the Court granted a stipulation and proposed order regarding the schedule for motions to dismiss, setting the hearing on the motion to dismiss and case management conference for December 9, 2011;

WHEREAS, on October 4, 2011, the parties submitted a stipulation and proposed order informing the Court of scheduling conflicts on December 9, 2011 and requesting that the Court continue the hearing on the motion to dismiss and case management conference from December 9, 2011 to January 27, 2012;

WHEREAS, on October 4, 2011, the Court entered the Stipulation and Order Continuing Hearing for Individual Defendants' Motion to Dismiss and Case Management Conference, setting the hearing on the motion for January 27, 2012 (Dkt. No. 64); and

WHEREAS, the parties have met and conferred and agreed, in light of the continued hearing date to January 27, 2012, to adjust the briefing schedule on the motion to dismiss while maintaining the hearing date of January 27, 2012.

NOW THEREFORE, the undersigned parties by and through their counsel of record hereby stipulate and agree as follows subject to the approval of the Court:

1.    Plaintiffs' opposition to the Individual Defendants' motion to dismiss, currently scheduled to be filed on November 4, 2011, shall be extended to November 18, 2011;

2.    Individual Defendants' reply in support of motion to dismiss currently scheduled to be filed on November 18, 2011 shall be extended to December 16, 2011; and

3.    The date of January 27, 2012 for the hearing on defendants' motion to dismiss and case management conference shall remain unaltered.

DATED: October 21, 2011

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS

      s/ Shawn A. Williams
SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
ERIC I. NIEHAUS
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

BARRETT JOHNSTON, LLC
GEORGE E. BARRETT
DOUGLAS S. JOHNSTON, JR.
TIMOTHY L. MILES
217 Second Avenue, North
Nashville, TN 37201-1601
Telephone: 615/244-2202
615/252-3798 (fax)

Co-Lead Counsel for Plaintiffs

DATED:  October 21, 2011

HOWARD RICE NEMEROVSKI CANADY
  FALK & RABKIN
A Professional Corporation
GILBERT R. SEROTA
SARAH A. GOOD
MARC PRICE WOLF

_____s/ Sarah A. Good (w/permission)_____
SARAH A. GOOD

Three Embarcadero Center, 7th Floor
San Francisco, CA  94111-4024
Telephone:  415/434-1600
415/677-6262 (fax)

Attorneys for Defendants
*John G. Stumpf, Howard I. Atkins, John D. Baker II, John S. Chen, Lloyd H. Dean, Susan E. Engel, Enrique Hernandez, Jr., Donald M. James, Richard D. McCormick, Mackey J. McDonald, Cynthia H. Milligan, Nicholas G. Moore, Philip J. Quigley, Judith M. Runstad, Steven W. Sanger and Susan G. Swenson*

I, Shawn Williams, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Adjusting Briefing Schedule on the Individual Defendants' Motion to Dismiss the Consolidated Complaint.  In compliance with General Order 45, X.B., I hereby attest that Sarah A. Good has concurred in this filing.

_____s/ Shawn A. Williams_____
SHAWN A. WILLIAMS

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  __10/24/11_____    _____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 21, 2011.

    s/ Shawn A. Williams
SHAWN A. WILLIAMS

ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:  ShawnW@rgrdlaw.com

## Mailing Information for a Case 3:11-cv-02369-SI

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **George E. Barrett**
  gbarrett@barrettjohnston.com

- **Stephen R. Basser**
  sbasser@barrack.com,lnapoleon@barrack.com,cfessia@barrack.com

- **Travis E. Downs , III**
  travisd@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Sarah A. Good**
  sgood@howardrice.com,bhastings@howardrice.com

- **Douglas S. Johnston**
  djohnston@barrettjohnston.com

- **Alan M. Mansfield**
  alan@clgca.com,sally@clgca.com

- **Timothy L. Miles**
  tmiles@barrettjohnston.com

- **Eric Ian Niehaus**
  ericn@rgrdlaw.com

- **Gilbert Ross Serota**
  gserota@hrice.com,nprince@howardrice.com

- **Samuel M. Ward**
  sward@barrack.com,lxlamb@barrack.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,erinj@rgrdlaw.com,e_file_sd@rgrdlaw.com,tcraig@rgrdlaw.com,lmix@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Marc Joel Price Wolf**
  mpricewolf@howardrice.com

- **Barbara Wright**
  barbara.wright@wellsfargo.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Joe Kendall**
Provost & Umphrey Law Firm, LLP
3232 McKinney Avenue
Suite 700
Dallas, TX 75204

**Joe McKey**
Kendall Law Group, LLP
3232 McKinny Avenue, Sutie 700
Dallas, TX 75204

**Barbara H. Wright**
Wells Fargo & Co.
One Wells Fargo Center
32nd Floor
D-1053-300
Charlotte, NC 28202