| | |
|---|---|
| 1 | ARNOLD & PORTER LLP |
| | GILBERT R. SEROTA (NO. 75305) |
| 2 | gilbert.serota@aporter.com |
| | SARAH A. GOOD (NO. 148742) |
| 3 | sarah.good@aporter.com |
| | MARC PRICE WOLF (NO. 254495) |
| 4 | marc.pricewolf@aporter.com |
| | Three Embarcadero Center, 7th Floor |
| 5 | San Francisco, California 94111-4024 |
| | Telephone:   +1 415.434-1600 |
| 6 | Facsimile:   +1 415.677-6262 |
| 7 | Attorneys for Defendants |
| | JOHN G. STUMPF, HOWARD I. ATKINS, JOHN D. |
| 8 | BAKER II, JOHN S. CHEN, LLOYD H. DEAN, SUSAN |
| | E. ENGEL, ENRIQUE HERNANDEZ, JR., DONALD M. |
| 9 | JAMES, RICHARD D. McCORMICK, MACKEY J. |
| | McDONALD, CYNTHIA H. MILLIGAN, NICHOLAS G. |
| 10 | MOORE, PHILIP J. QUIGLEY, JUDITH M. RUNSTAD, |
| | STEPHEN W. SANGER and SUSAN G. SWENSON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIRELLI ARMSTRONG TIRE CORPORATION RETIREE MEDICAL BENEFITS TRUST, Derivatively on Behalf of WELLS FARGO COMPANY, | Case No. CV 11 2369 SI |
| | Action Filed: May 13, 2011 |
| Plaintiff, | |
| v. | **SECOND STIPULATION SETTING DATE TO RESPOND TO AMENDED COMPLAINT** |
| JOHN G. STUMPF, HOWARD I. ATKINS, JOHN D. BAKER II, JOHN S. CHEN, LLOYD H. DEAN, SUSAN E. ENGEL, ENRIQUE HERNANDEZ, JR., DONALD M. JAMES, RICHARD D. McCORMICK, MACKEY J. McDONALD, CYNTHIA H. MILLIGAN, NICHOLAS G. MOORE, PHILIP J. QUIGLEY, JUDITH M. RUNSTAD, STEPHEN W. SANGER and SUSAN G. SWENSON, | |
| Defendants. | |
| and | |
| WELLS FARGO & COMPANY, a Delaware corporation, | |
| Nominal Defendant. | |

Defendants John G. Stumpf, Howard I. Atkins, John D. Baker II, John S. Chen, Lloyd H. Dean, Susan E. Engel, Enrique Hernandez, Jr., Donald M. James, Richard D. McCormick, Mackey J. McDonald, Cynthia H. Milligan, Nicholas G. Moore, Philip J. Quigley, Judith M. Runstad, Stephen W. Sanger and Susan G. Swenson (collectively, "Individual Defendants"), and plaintiff City of Westland Police and Fire Retirement System ("Plaintiff") hereby stipulate to the following:

WHEREAS, on September 12, 2011, Plaintiff filed a "Verified Consolidated Shareholder Derivative Complaint For Breach of Fiduciary Duty, Abuse of Control, Gross Mismanagement and Corporate Waste" (the "Consolidated Complaint");

WHEREAS, on October 5, 2011, the Individual Defendants filed a Motion to Dismiss the Consolidated Complaint;

WHEREAS, on February 9, 2012, the Court granted in part and denied in part the Individual Defendants' Motion to Dismiss;

WHEREAS, the Court's February 9, 2012 Order on the Individual Defendants' Motion to Dismiss granted Plaintiff leave to amend the cause of action for Corporate Waste and set February 24, 2012 as the deadline for any amended complaint;

WHEREAS, on February 22, 2012, the parties entered into a stipulation setting March 22, 2012 as the deadline to respond to Plaintiff's planned amended complaint;

WHEREAS, Plaintiff filed an amended complaint ("Amended Complaint") on February 24, 2012;

WHEREAS, the parties wish to work cooperatively in setting a deadline for the Individual Defendants to respond to the Amended Complaint;

WHEREAS, this stipulation will not alter the date of any event or deadline already fixed by the Court,

NOW THEREFORE, the undersigned parties, by and through their counsel of record, stipulate as follows:

1. The Individual Defendants shall respond to the Amended Complaint on or before April 16, 2012.

IT IS SO STIPULATED.

March 19, 2012

ARNOLD & PORTER LLP
GILBERT R. SEROTA
SARAH A. GOOD
MARC PRICE WOLF

By: _____/s/ *Sarah A. Good*_____
       SARAH A. GOOD

Attorneys for Defendants
JOHN G. STUMPF, JOHN D. BAKER II, JOHN S. CHEN, LLOYD H. DEAN, SUSAN E. ENGEL, ENRIQUE HERNANDEZ, JR., DONALD M. JAMES, RICHARD D. McCORMICK, MACKEY J. McDONALD, CYNTHIA H. MILLIGAN, NICHOLAS G. MOORE, PHILIP J. QUIGLEY, JUDITH M. RUNSTAD, STEVEN W. SANGER and SUSAN G. SWENSON

March 19, 2012

ROBBINS GELLER RUDMAN & DOWD LLP
SHAWN A. WILLIAMS

By: _____/s/ *Shawn A. Williams*_____
       SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone:    415/288-4545
Facsimile:    415/288-4534

ROBBINS GELLER RUDMAN & DOWD LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
ERIC I. NIEHAUS
655 West Broadway, Suite 1900
San Diego, California 92101-3301
Telephone:    619/231-1058
Facsimile:    619/231-7423

BARRETT JOHNSTON, LLC
GEORGE E. BARRETT
DOUGLAS S. JOHNSTON, JR.
TIMOTHY L. MILES
217 Second Avenue, North
Nashville, Tennessee 37201-1601
Telephone:    615/244-2202
Facsimile:    615/252-3798

Co-Lead Counsel for Plaintiffs

IT IS SO ORDERED
*Susan Illston*
Judge Susan Illston

## ATTESTATION UNDER GENERAL ORDER 45

I, Sarah A. Good, am the ECF User whose ID and password are being used to file this Second Stipulation Setting Date to Respond to Amended Complaint. In compliance with General Order 45, X.B., I hereby attest that Shawn Williams has concurred in this filing.

                                                */s/ Sarah A. Good*
                                                SARAH A. GOOD