IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF WESTLAND, | No. C 11-02369 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| JOHN G STUMPF, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 28, 2012 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is May 3, 2013.

DESIGNATION OF EXPERTS: 6/7/13; REBUTTAL: 6/24/13.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is July 26, 2013.

DISPOSITIVE MOTIONS **SHALL** be filed by August 23, 2013;

   Opp. Due September 6, 2013; Reply Due September 13, 2013;

   and set for hearing no later than September 27, 2013 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 29, 2013 at 3:30 PM.

JURY TRIAL DATE: November 12, 2013 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The docket shall reflect the new caption of The City of Westland as plaintiff.
This case shall be referred to the Court's ADR Dept. for a telephone conference.
Defendant shall supplement it's initial disclosures by 9/7/12.
Each side was granted 25 depositions and 35 interrogatories

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 6/4/12

SUSAN ILLSTON
United States District Judge