UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIRELLI ARMSTRONG TIRE CORPORATION RETIREE MEDICAL BENEFITS TRUST, Derivatively on Behalf of WELLS FARGO & COMPANY<br><br>Plaintiff,<br><br>v.<br><br>JOHN G. STUMPF, HOWARD I. ATKINS, JOHN D. BARKER II, JOHN S. CHECN, LLOYD H. DEAN, SUSAN E. ENGLE, ENRIQUE HERNANDEZ, JR., DONALD M. JAMES, RICHARD D. McCORMICK, MACKEY J. McDONALD, CYNTHIA H. MILLIGAN, NICHOLAS G. MOORE, PHILIP J. QUIGLEY, JUDITH M. RUNSTAD, STEPHEN W. SANGER and SUSAN G. SWENSON,<br><br>Individual Defendants.<br><br>and<br><br>WELLS FARGO & COMPANY, a Delaware Corporation, Nominal Defendant | Case No. CV 11 2369 SI<br><br>Action Filed: May 13, 2011<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY JILL CRAWLEY GRISET *PRO HAC VICE*** |

8

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

1  Jill Crawley Griset, an active member in good standing of the North Carolina State Bar
2  (Bar #24184), the United States District Court for the Western District of North Carolina and the
3  U.S. Court of Appeals for the 4th Circuit, whose business address and telephone number
4  (particular court to which applicant is admitted) is 201 N. Tryon Street, Charlotte, North Carolina
5  28202, having applied in the above-entitled action for admission to practice in the Northern
6  District of California on a pro hac vice basis, representing Wells Fargo & Company.

7  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
8  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac
9  vice. Service of papers upon and communication with co-counsel designated in the application
10 will constitute notice to the party. All future filings in this action are subject to the requirements
11 contained in General Order No. 45, Electronic Case Filing.

13 Dated: ___7/24/12_____

   _____
   Hon. Susan Illston

1
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*