IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIRELLI ARMSTRONG TIRE CORPORATION RETIREE MEDICAL BENEFITS TRUST, derivatively on behalf of WELLS FARGO & COMPANY, *et al.*, <br><br>    Plaintiff, <br>  v. <br> JOHN G. STUMPF, *et al.*, <br><br>    Defendants. <br> and <br> WELLS FARGO & COMPANY, a Delaware corporation, Nominal Defendant <br> _____/ | No. C 11-2369 SI <br><br> (Consolidated) <br><br> **ORDER RE: DISCOVERY** |

The parties have filed a number of letter briefs regarding discovery disputes. In their most recent letter, the parties state that they have resolved several of the discovery disputes and that they continue to meet and confer regarding other disputes. The parties have not submitted any disputes to the Court for resolution at this time. The Court commends the parties for their cooperation.

Accordingly, the Court DENIES all pending discovery motions WITHOUT PREJUDICE to renewal in the event the parties are unable to resolve their issues. Docket Nos. 113, 114, 120 & 121.

**IT IS SO ORDERED.**

Dated: September 11, 2012

SUSAN ILLSTON
United States District Judge