IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF WESTLAND POLICE AND FIRE SYSTEM,<br><br>                Plaintiff,<br><br>  v.<br><br>STUMPF, et al.,<br><br>                Defendants.<br>                                                   / | No. C 11-02369 SI<br><br>**ORDER REGARDING DISCOVERY DISPUTE** |

On November 12, 2012, plaintiff filed a letter brief requesting that the Court amend its Standing Order requiring parties to submit a joint 5-page letter brief to the Court to resolve any discovery disputes. Plaintiff and defendants agree to a new format of separate three-page briefs with three exhibits and three days for a response. However, the parties cannot agree whether they must jointly agree to the alternative format before using it, or if they may use it for any discovery dispute.[1]

The Court greatly prefers the method outlined in its Standing Order. However, the Court recognizes the difficulty in some disputes of filing a joint letter confined to only five pages. Therefore, the Court ORDERS that if the parties are unable to submit a joint letter brief, they may file separate three-page briefs with three exhibits, and three days are permitted for a response. The parties need not jointly agree to using the alternative format before doing so. This resolves Docket No. 125.

**IT IS SO ORDERED.**

Dated: November 19, 2012

                                                          SUSAN ILLSTON<br>
                                                          United States District Judge

---

[1] Thus far there has been no dispute about the shape of the table.