**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF WESTLAND POLICE AND FIRE SYSTEM, | No. C 11-02369 SI |
| Plaintiff, | **ORDER DEEMING  DISCOVERY DISPUTES WITHDRAWN** |
| v. | |
| STUMPF, et al., | |
| Defendants. | |

Currently before the Court are several letters regarding various discovery disputes that the parties requested that the Court resolve.  The parties have since requested that all pending proceedings be stayed pending mediation efforts.

Accordingly, docket entries 130, 132, 133, 134, 135, 138 and 140 are deemed WITHDRAWN and DISMISSED, without prejudice to later renewal.

**IT IS SO ORDERED.**

Dated: January 28, 2013

SUSAN ILLSTON
United States District Judge