IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CITY OF WESTLAND POLICE AND FIRE SYSTEM,

    Plaintiff,

v.

STUMPF, et al.,

    Defendants.

No. C 11-02369 SI

**ORDER TO FILE JOINT STATUS REPORT**

The parties in this action have been involved in mediation efforts, and the action has been partially stayed since December, 2012, to facilitate that mediation process. Various Joint Status Reports reflecting the status of the mediation process have been filed. The last such report was filed on July 11, 2013, and included a representation that a further report would be filed no later than July 30, 2013. However, no such further report has been filed nor has the Court otherwise been informed of the status of the action or whether the partial stay should be lifted.

**Accordingly, the parties are ORDERED to file a Joint Status Report <u>no later than December 13, 2013</u>, informing the Court of the status of the mediation efforts and whether the partial stay should be lifted.**

**IT IS SO ORDERED.**

Dated: December 5, 2013

_____
SUSAN ILLSTON
United States District Judge