Barbara H. Wright
Senior Company Counsel
Wells Fargo & Co.
One Wells Fargo Center, 32nd Floor, D1053-300
Charlotte, NC 28202
Telephone: 704-383-1326

Attorney for Nominal Defendant
WELLS FARGO & CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF WESTLAND POLICE AND FIRE RETIREMENT SYSTEM, Derivatively on Behalf of WELLS FARGO & COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOHN G. STUMPF, HOWARD I. ATKINS, JOHN D. BAKER II, JOHN S. CHEN, LLOYD H. DEAN, SUSAN E. ENGEL, ENRIQUE HERNANDEZ, JR., DONALD M. JAMES, RICHARD D. McCORMICK, MACKEY J. McDONALD, CYNTHIA H. MILLIGAN, NICHOLAS G. MOORE, PHILIP J. QUIGLEY, JUDITH M. RUNSTAD, STEPHEN W. SANGER and SUSAN G. SWENSON,<br><br>Defendants,<br><br>and<br><br>WELLS FARGO & COMPANY, a Delaware corporation,<br><br>Nominal Defendant. | Case No. CV 11 2369 SI<br><br>Action Filed: May 13, 2011<br><br>**REQUEST FOR TELEPHONIC APPEARANCE FOR BARBARY H. WRIGHT AT MAY 9, 2014 HEARING ON MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT AND [PROPOSED] ORDER** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to direction of the Court Clerk, Barbara H. Wright respectfully submits this request to appear via telephone at the May 9, 2014 hearing on Motion for Preliminary Approval of Derivative Settlement. Counsel for Plaintiff does not object to this request.

Dated: May 2, 2014                                      Respectfully,


By:     */s/ Barbara H. Wright*
        BARBARA H. WRIGHT

Attorney for Nominal Defendant
WELLS FARGO & CO.

---

-1-
REQUEST FOR TELEPHONIC APPEARANCE FOR BARBARY H. WRIGHT AT MAY 9, 2014 HEARING ON MOTION FOR
PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT AND [PROPOSED] ORDER
No. CV 11 2369 SI

# [PROPOSED] ORDER

With good cause appearing, Barbara H. Wright, counsel for Nominal Defendant Wells Fargo & Co., may appear by telephone at the hearing on the Motion for Preliminary Approval of Derivative Settlement.

Dated: May ___, 2014

                                              HONORABLE SUSAN ILLSTON
                                              UNITED STATES DISTRICT JUDGE