UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 5/9/14

Case No.   C-11-2369 SI           Judge:   SUSAN ILLSTON

Title: CITY OF WESTLAND -v- STUMPH

Attorneys: Pltf:  Shawn Williams, Aelish Baig, Travis Downs
Deft: Gilbert Serota, Barbara Wright (phone)

Deputy Clerk:  Tracy Kasamoto  Court Reporter: Kathy Sullivan

**PROCEEDINGS**

1)    Preliminary Approval of Class Settlement - HELD

2)

3)

Order to be prepared by:  (  )Pltf    (  )Deft    ( X )Court

Disposition :  ( X ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                              PART

Case continued to 7/25/14  @ 9:00 a.m. for Motion for Final Approval of Class Settlement

ORDERED AFTER HEARING: