1
2
3
4
5
6
7
8
9
10                           UNITED STATES DISTRICT COURT
11                          NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 12  CITY OF WESTLAND POLICE AND FIRE ) | No. 3:11-cv-02369-SI |
| RETIREMENT SYSTEM, Derivatively on ) | |
| 13  Behalf of WELLS FARGO & COMPANY, ) | **(Consolidated)** |
|     ) | |
| 14                              Plaintiff, ) | [~~PROPOSED~~] JUDGMENT |
|     ) | |
| 15      vs.                              ) | |
|     ) | |
| 16  JOHN G. STUMPF, et al.,               ) | |
|     ) | |
| 17                              Defendants, ) | |
|     ) | |
| 18      – and –                          ) | |
|     ) | |
| 19  WELLS FARGO & COMPANY, a Delaware ) | |
|     corporation,                          ) | |
| 20                                       ) | |
|                          Nominal Defendant. ) | |
| 21                                       ) | |

22
23
24
25
26
27
28

955905_1

1  Federal Plaintiff, having moved for final approval of the settlement set forth in the
2  Stipulation of Settlement, dated April 21, 2014, and the matter having come before the Honorable
3  Susan Illston, United States Senior District Judge, and the Court, on ___July 25___, 2014, issued its
4  Order Approving Derivative Settlement and Order of Dismissal with Prejudice, and directing the
5  Clerk of the Court to the entry of judgment, it is

**ORDERED, ADJUDGED AND DECREED:**

1.  This Judgment incorporates by reference the Court's Order Approving Derivative Settlement and Order of Dismissal with Prejudice dated ___July 25___, 2014; and

2.  That for the reasons stated in, and pursuant to the terms set forth in, the Court's Order Approving Derivative Settlement and Order of Dismissal with Prejudice dated ___July 25___, 2014, Federal Plaintiff's Motion for Final Approval of Derivative Settlement is granted; accordingly, this case, and all related cases are closed.

**Dated:** San Francisco, California

___July 25___, 2014

BY: _____/s/ Susan Illston_____
~~Clerk of Court~~
Susan Illston, U.S. District Judge

[PROPOSED] JUDGMENT- 3:11-cv-02369-SI                                                                                          - 1 -

CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 18, 2014.

s/ Shawn A. Williams
SHAWN A. WILLIAMS

ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:  shawnw@rgrdlaw.com

955513_1

# Mailing Information for a Case 3:11-cv-02369-SI The City of Westland v. Stumpf et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aelish Marie Baig**
  AelishB@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **George E. Barrett**
  gbarrett@barrettjohnston.com

- **Stephen R. Basser**
  sbasser@barrack.com,lnapoleon@barrack.com,cfessia@barrack.com

- **Travis E. Downs , III**
  travisd@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Allen Brooks Gresham , II**
  bgresham@mcguirewoods.com,lrose@mcguirewoods.com,shicks@mcguirewoods.com

- **Jill Crawley Griset**
  jgriset@mcguirewoods.com

- **Rachel Lynn Jensen**
  rachelj@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Douglas S. Johnston**
  djohnston@barrettjohnston.com

- **Jeremy T Kamras**
  jeremy.kamras@aporter.com,joanne.caruso@aporter.com,SFCalendar@aporter.com

- **Alan M. Mansfield**
  alan@clgca.com,sally@clgca.com

- **Timothy L. Miles**
  tmiles@barrettjohnston.com

- **Eric Ian Niehaus**
  ericn@rgrdlaw.com

- **Daniel Jacob Pfefferbaum**
  DPfefferbaum@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Ekaterini Maria Polychronopoulos**
  katerinap@rgrdlaw.com

- **Jennifer Lynne Scafe**
  jennifer.l.scafe@wellsfargo.com

- **Gilbert Ross Serota**
  gilbert.serota@aporter.com,marie.zambrano@aporter.com,SFCalendar@aporter.com

- **Christopher Dennis Stewart**
  CStewart@rgrdlaw.com,RachelJ@rgrdlaw.com

- **Samuel M. Ward**
  sward@barrack.com,lxlamb@barrack.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,e_file_sd@rgrdlaw.com,tcraig@rgrdlaw.com,lmix@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Barbara Wright**
  barbara.wright@wellsfargo.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Joe                Kendall
Provost & Umphrey Law Firm, LLP
3232 McKinney Avenue
Suite 700
Dallas, TX 75204

Joe                McKey
Kendall Law Group, LLP
3232 McKinny Avenue, Sutie 700
Dallas, TX 75204

Barbara            H. Wright
Wells Fargo & Co.
One Wells Fargo Center
32nd Floor
D-1053-300
Charlotte, NC 28202
```